## FAX COVER SHEET

| | |
|---|---|
| TO | Civil Sheriff Jefferson Parish |
| COMPANY | Immovable Foreclosure |
| FAX NUMBER | 15043635708 |
| FROM | ArmandoBaralt |
| DATE | 2022-10-04 19:06:04 GMT |
| RE | CORRECTION |

### COVER MESSAGE

Corrected Case Number for Carrolton Oak Bankruptcy Notice Letter

829-762

*[Stamp: 2022 OCT -4 P 2:07 CIVIL DIVISION JEFFERSON PARISH SHERIFF'S OFFICE]*

Exhibit B

# ARMANDO R. BARALT
### Attorney and Counselor at Law

911 Veterans Memorial Blvd
Suite 202
Metairie, LA 70005-2835

Tel: 504 833-3309
Fax: 504 831-3193
Email: MetairieLawyer@Gmail.com

October 4, 2022

**VIA FAX 504-363-5708**

Jefferson Parish
Sheriff's Office

ATTN:      CIVIL DIVISION
IMMOVABLE FORECLOSURE SALE
Scheduled sale date: October 5, 2022

Re:      NO. 892-762
**Carrolton & Oak LLC vs Nguyen, Kathy d/b/a Pho Bistreaux Restaurant, Et Al (Includes Tommy Ngo)**
801 Marlene Dr Gretna LA
776 Goucher St Gretna LA
Address not Available (Lot)

In Re USBC-EDLA
Bankruptcy Case No. 22-11179

Greetings:

Please be advised that a Chapter 13 Bankruptcy petition was filed on October 4, 2022, in the above referenced matter. In accordance with the automatic stay issued therein, request is hereby made that you cancel the Sheriff's sale set for October 5, 2022. Copies of the bankruptcy Notice of Bankruptcy Case Filing and verified Bankruptcy Petition Cover sheets are attached herewith.

Thanking you for your attention to this matter, I remain

Very truly yours,

Armando R Baralt, LSBA # 18105
Attorney for Tommy Ngo

Cc:      Carrolton & Oak LLC
c/o Michael G Bagneris, Esq.

United States Bankruptcy Court
Eastern District of Louisiana



# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 10/04/2022 at 12:44 PM and filed on 10/04/2022.

**Tommy Ngo**
801 Marlene Dr
Gretna, LA 70056
SSN / ITIN: xxx-xx-5530

The case was filed by the debtor's attorney:

**Armando R. Baralt**
Armando R. Baralt, Attorney at Law
911 Veterans Memorial Blvd
Suite 202
Metairie, LA 70005-2835
504-833-3309

The bankruptcy trustee is:

**S. J. Beaulieu, Jr.**
433 Metairie Road
Suite 307
Metairie, LA 70005
(504) 831-1313

The case was assigned case number 22-11179 to Judge Meredith S. Grabill.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.laeb.uscourts.gov/cgi-bin/login.pl or at the Clerk's Office, Eastern District of Louisiana, Hale Boggs Federal Building, 500 Poydras Street, Suite B-601, New Orleans, LA 70130.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Denise Fredricks**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
|---|
| Transaction Receipt |

| 10/04/2022 12:53:11 | | | |
|---|---|---|---|
| **PACER Login:** | victorxena | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 22-11179 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

To: Civil Sheriff ,Jefferson Parish | Page: 4 of 6 | 2022-10-04 19:01:30 GMT | 15048313193 | From: Armando Baralt

10/4/22, 12:55 PM — LAEB Live System

## Verify Document(s)

22-11179 Tommy Ngo

| Date | # | Docket Text |
|---|---|---|
| 10/04/2022 | 1 | Chapter 13 Voluntary Petition Individual . Fee Amount $313. Filed by Tommy Ngo. 11 USC Section 521(i) Deadline 11/18/2022. Chapter 13 Plan due by 10/18/2022. Government Proof of Claim due by 04/3/2023. Federal Income Tax Return Date: 10/18/2022. List of all creditors due 10/18/2022. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due10/18/2022. Means Test Calculation Form 122C-2 Due: 10/18/2022. Schedule C due 10/18/2022. Schedule D due 10/18/2022. Schedule G due 10/18/2022. Schedule H due 10/18/2022. Schedule I due 10/18/2022. Schedule J due 10/18/2022. Statement of Financial Affairs due 10/18/2022. Summary of Assets and Liabilities due 10/18/2022. Total Non-Dischargeable Debt due 10/18/2022. Incomplete Filings due by 10/18/2022. (Baralt, Armando) |

File size is 153363

## Original Signature(s)

**Document No:** 12991613
**Document description:** Main Document
**Original filename:** Petition.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988663450 [Date=10/4/2022] [FileNumber=12991613-0
] [744f5de7ece624ab8c8a3bce571ef7d7c7aaa7eddcb6e9500fcec5866f5bfe13bb9
a9f84ead60dc14606bb7a2431c3117d8f5715ac5a61918f25ce2298d270e3]]

## Verified Signature(s)

**Document No:** 12991613
**Document description:** Main Document
**Original filename:** Petition.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=988663450 [Date=10/4/2022] [FileNumber=12991613-0
] [744f5de7ece624ab8c8a3bce571ef7d7c7aaa7eddcb6e9500fcec5866f5bfe13bb9
a9f84ead60dc14606bb7a2431c3117d8f5715ac5a61918f25ce2298d270e3]]

## The documents signatures are the same

4/13/2015     LAEB Live System

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 04/13/2015 16:13:43 ||||
| PACER Login: | ab0556:2501100:0 | Client Code: | |
| Description: | Notice of Filing | Search Criteria: | 15-10882 |
| Billable Pages: | 1 | Cost: | 0.10 |

Fill in this information to identify your case:

United States Bankruptcy Court for the:

__Eastern District of Louisiana__

Case number (if known): __22-11179__  Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy  06/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 1. Your full name<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | First name: **Tommy**<br>Middle name:<br>Last name: **Ngo**<br>Suffix (Sr., Jr., II, III) | First name:<br>Middle name:<br>Last name:<br>Suffix (Sr., Jr., II, III) |
| 2. All other names you have used in the last 8 years<br>Include your married or maiden names. | First name:<br>Middle name:<br>Last name:<br><br>First name:<br>Middle name:<br>Last name: | First name:<br>Middle name:<br>Last name:<br><br>First name:<br>Middle name:<br>Last name: |
| 3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | xxx – xx – **5 5 3 0**<br>OR<br>9xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9xx – xx – ___ ___ ___ ___ |

Official Form 101  Voluntary Petition for Individuals Filing for Bankruptcy  page 1

| To: Civil Sheriff Jefferson Parish | Page: 1 of 1 | 2022-10-04 19:23:09 GMT | 15048313193 | From: Armando Baralt |

# ARMANDO R. BARALT
## Attorney and Counselor at Law

911 Veterans Memorial Blvd
Suite 202
Metairie, LA 70005-2835

Tel: 504 833-3309
Fax: 504 831-3193
Email: MetairieLawyer@Gmail.com

October 4, 2022

**VIA FAX 504-363-5708**

Jefferson Parish
Sheriff's Office

ATTN: CIVIL DIVISION
IMMOVABLE FORECLOSURE SALE
Scheduled sale date: October 5, 2022

Re: NO. ~~892~~ 829-762 (handwritten correction)
Carrolton & Oak LLC vs Nguyen, Kathy d/b/a Pho Bistreaux Restaurant, Et Al (Includes Tommy Ngo)
801 Marlene Dr Gretna LA
776 Goucher St Gretna LA
Address not Available (Lot)

In Re USBC-EDLA
Bankruptcy Case No. 22-11179

Greetings:

Please be advised that a Chapter 13 Bankruptcy petition was filed on October 4, 2022, in the above referenced matter. In accordance with the automatic stay issued therein, request is hereby made that you cancel the Sheriff's sale set for October 5, 2022. Copies of the bankruptcy Notice of Bankruptcy Case Filing and verified Bankruptcy Petition Cover sheets are attached herewith.

Thanking you for your attention to this matter, I remain

Very truly yours,

Armando R Baralt, LSBA # 18105
Attorney for Tommy Ngo

Cc: Carrolton & Oak LLC
c/o Michael G Bagneris, Esq.