# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 22-11179 |
| TOMMY NGO | § § | CHAPTER 13 |
| DEBTOR: | § § | SECTION: "A" |

## LANDLORD/DEBTOR NGO'S AMENDED WITNESS AND EXHIBIT LIST

**NOW COMES** Ch.13 Landlord herein Tommy Ngo, through unsigned counsel, who respectfully submits the following Amended Witness and Exhibit List, pursuant to Order[1] of the court:

### WITNESSES (WILL CALL)

Gerard McGovern (Fact witness as to exhibits)

### WITNESSES (MAY CALL)

Tommy Ngo

Nidal Jabber

Lexi Ngo

Armando Baralt, Esq.

Impeachment and rebuttal witnesses

Any witness listed or called by any party

---

[1] R. Doc. No.: 28 Case: 22-11179. Please note that the debtor intends to assert affirmative defenses of reasonable expectation that the State Court damage judgment will not stand, "if bad faith - then much worse bad faith", and the September 9, 2022 Order from Orleans CDC Case #2017-00972 Div "F" Sealing the Entirety of the Record (See Exhibit 10). These affirmative defenses also arise in this court in related case numbers 21-10064, 21-11033 and 22-01004.

**EXHIBIT LIST**

1. April 24, 2014 Lease with Option to Purchase, including Promissory Note in the principal amount of $703, 727.49 paraphed *Ne Varietur* therewith.
2. April 24, 2019 letter from Riverbend Holdings, LLC, with proposed substitute Promissory Note in the principal amount of $703,727.49 attached thereto, executed without date by Gerard McGovern.(3 pages *in globo*)
3. March 9, 2020 Ngo's *Answer and Reconventional Demand* filed in CDC # 2017-972 "F"
4. April 22, 2021 Order from CDC #2016-10781 c/w 2018-12555 Div. "G" (2 pgs *in globo*)
5. August 10, 2021 La. Fourth Circuit Court of Appeals' judgment and disposition of Ngo writ #2021-C-0234 (4 pages *in globo*).
6. March 9, 2022 Transcript, USBC # 21-10064 (9 pages *in globo*).
7. March 14, 2022, USBC # 21-10064, Rec. Doc. 344 *Order* Approving Sale of Moveable Asset, with "Asset/Membership Interest Purchase Agreement" attached. (8 pages *in globo*)
8. Interlocutory Judgment as to liability rendered in CDC #2017-0972 Div. "F," signed and also entered on May 23, 2022 (11 pgs *in globo*)
9. November 22, 2022 ORDER, USBC # 22-1004, R.Doc. 35 (3 pages *in globo*)
10. September 9, 2022 Orleans Parish CDC Case #2017-00972 Order Sealing Record
11. Any exhibit listed by any party, as well as for impeachment and/or rebuttal.

Respectfully submitted,

/s/Armando R. Baralt
Armando R. Baralt
911 Veterans Memorial Blvd, Suite 202
Metairie, LA 70005
(504) 913-0945
Email: MetairieLawyer@gmail.com

Justin Asher Zitler (T.A.) Bar #18517
4819 Constance Street
New Orleans, La 70115
Phone: 504-782-5206
E-mail: jazitler@bellsouth.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                                                        CASE NO. 22-11179

TOMMY NGO                                                       CHAPTER 13

DEBTOR                                                               SECTION "A"

## CERTICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Landlord/Debtor Ngo's Witness and Exhibit List has been served upon all those entitled to receive electronic notification via this Court's CM/ECF notification system, as shown below:

    S. J. Beaulieu, Jr.
    ecf@ch13no.com

    Elizabeth Crowell Price on behalf of Creditor Matrix Financial Services Corp as serviced by Flagstar Bank, FSB
    bkcourtemails@creditorlawyers.com, elizabeth.price@ms.creditorlawyers.com

    WilliamE. Steffes    bsteffes@steffeslaw.com,
    schassaing@steffeslaw.com;akujawa@steffeslaw.com

    Office of the U.S. Trustee
    USTPRegion05.NR.ECF@usdoj.gov

Metairie, Louisiana, January 31, 2023.

                                                                     /s/ Armando R. Baralt
                                                                     Armando R. Baralt