UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE TOMMY NGO, <br><br> DEBTOR. | § <br> § CASE NO: 22-11179 <br> § <br> § CHAPTER 13 <br> § <br> § SECTION A |

## ORDER

Pending before the Court is the *Stipulation Of Carrollton & Oak, LLC And Tommy Ngo With Respect To Conversion Of Case To Chapter And Limited Stay Relief*, (the "Stipulation"), [ECF Doc. 33], filed by the parties. Having reviewed the Stipulation,

**IT IS ORDERED** that the Stipulation is **APPROVED.**

**IT IS FURTHER ORDERED** that the *Motion To Convert Case to Chapter 7 and Incorporated Memorandum filed by Carrollton & Oak, LLC*, [ECF Doc. 11], having been resolved by consent, is **GRANTED**; this case is immediately converted to one under chapter 7.

**IT IS FURTHER ORDERED** that the *Trustee's Motion To Dismiss Case for Failure To Timely File Plan and/or Schedules and Notice of Hearing*, [ECF Doc. 10], is **DENIED AS MOOT**;

**IT IS FURTHER ORDERED** that the evidentiary hearing scheduled for February 7, 2023, in this matter is **CANCELED**.

New Orleans, Louisiana, February 7, 2023.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE