## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF: | * | NO: 22-11179 |
| | * | |
| NGO, TOMMY | * | SECTION A |
| | * | |
| | * | CHAPTER 7 |
| * * * * * * * * | | |

### REJECTION/RESIGNATION AS INTERIM/PERMANENT TRUSTEE AND APPOINTMENT OF SUCCESSOR TRUSTEE

**COMES NOW**, the undersigned having been previously appointed as interim trustee in accordance with 11 U.S.C. §703 and submits this resignation and request that a successor trustee be appointed.

This rejection/resignation is submitted because:

Trustee wants to avoid even the appearance of a conflict of interest because he is the Trustee in the Gerard McGovern Bankruptcy Case, USBC-EDLA #21-11033. Therefore, Trustee Wilbur J. Babin, Jr., hereby resigns.

February 28, 2023        /s/ Wilbur J. Babin, Jr., Trustee
                         Wilbur J. "Bill" Babin, Jr., Trustee

---

Effective this date, I hereby accept the rejection/resignation of Wilbur J. "Bill" Babin, Jr., having been previously appointed as interim trustee and hereby appoint __Barbara Rivera-Fulton__ as successor interim trustee. If applicable, the meeting of creditors is hereby rescheduled to the __24th__ day of __March__, 2023. at 1:30 p.m.

DATE: __March 1, 2023__

DAVID W. ASBACH
Acting United States Trustee
Region 5, Judicial Districts
of Louisiana and Mississippi

By: _____
Mary S. Langston (Bar #22818)
Assistant United States Trustee