## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 22-11179 |
| TOMMY NGO | CHAPTER 7 |
| *Debtor* | SECTION "A" |

### *EX PARTE* MOTION FOR EXPEDITED HEARING

**NOW INTO COURT**, through undersigned counsel, comes Carrollton & Oak, LLC ("C&O"), creditor in the above captioned proceeding, which requests that the *Appellee's Motion to Strike Items Designated by Appellant for Inclusion in Record on Appeal* [Doc. 125] ("Motion to Strike") be heard on an expedited basis (the "Motion to Expedite"), and respectfully represents as follows:

1.

On June 1, 2023, Tommy Ngo ("Appellant"), the debtor herein, filed a *Notice of Appeal* [Doc. 109] appealing the bankruptcy court's rulings: (i) *Order Overruling NGO's Objection to Carrollton & Oak LLC's Proof of Claim #2, as Amended* [Doc. 98], dated May 18, 2023; and, (ii) *Order Granting Ex Parte Motion To Withdraw Motion To Strike Memorandum of Law and Fact in Support of Ngo's Objection of Claim Preclusion* [Doc. 99], dated May 18, 2023.

2.

Appellant filed his *Designation of Items to be Included in the Record on Appeal and Statement of Issues Presented* [Doc. 119] ("the Appellant Designation") on June 16, 2023.

3.

Promptly thereafter, after reviewing the Appellant Designation, C&O filed its Motion to Strike certain allegedly improperly designated items for record on appeal on June 26, 2023. In accordance with local procedure, C&O set the hearing on the Motion to Strike for July 26, 2023, the next regular Motion Day more than 21 days after the filing of the Motion to Strike.

4.

Late in the day on Friday, June 30, 2023, C&O's counsel learned from the Clerk preparing the record on appeal that the deadline for transmittal of the record is July 17, 2023. C&O's counsel was unaware of that deadline before then as notice of the deadline was not transmitted due to use of an incorrect event code by Appellant.

5.

Based on the foregoing facts and the need for the Clerk of this Court to timely finalize and transmit the record on appeal to the District Court, C&O respectfully suggests that this Court should set an expedited hearing on the Motion to Strike to conclude before July 17, 2023.

6.

Undersigned counsel contacted counsel for the Chapter 7 Trustee, Fernand L. Laudumiey, IV, who has no opposition to the relief requested herein. Counsel for the Appellant also has advised that he has no opposition to the expedited hearing.

**WHEREFORE**, Carrollton & Oak, LLC respectfully requests that this Honorable Court enter an order setting the *Appellee's Motion to Strike Items Designated by Appellant for Inclusion in Record on Appeal* [Doc. 125] for hearing on an expedited basis on before July 17, 2023, on a date and time convenient to this Court; and, for any and all other relief this Court deems necessary and proper.

Respectfully submitted;

By: /s/ William E. Steffes
William E. Steffes (#12426)
Noel Steffes Melancon (#30072)
THE STEFFES FIRM, LLC
13702 Coursey Boulevard, Bldg. 3
Baton Rouge, Louisiana 70817
Telephone: (225) 751-1751
Facsimile: (225) 341-1241
E-mail: bsteffes@steffeslaw.com
nmelancon@steffeslaw.com

*Counsel for Carrollton & Oak, LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:** | **CASE NO. 22-11179** |
| **TOMMY NGO** | **CHAPTER 7** |
| *Debtor* | **SECTION "A"** |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing *Ex Parte Motion* has been served upon all those entitled to receive electronic notification via this Court's CM/ECF notification system, as shown below:

    Fernand L. Laudumiey, IV on behalf of Trustee, Barbara Rivera-Fulton
    laudumiey@chaffe.com; bankruptcy@chaffe.com; messina@chaffe.com

    Wayne A. Maiorana, Jr. on behalf of Gulf Coast Bank and Trust Co. and BMC 1200 Carrollton, LLC
    tmaiorana@newmanmathis.com

    Elizabeth Crowell Price on behalf of Matrix Financial Services Corp as serviced by Flagstar Bank, FSB
    bkcourtemails@creditorlawyers.com; elizabeth.price@ms.creditorlawyers.com

    Barbara Rivera-Fulton, Trustee – barbararfulton2015@gmail.com; la49@ecfcbis.com

    Office of the U.S. Trustee - USTPRegion05.NR.ECF@usdoj.gov

    Justin A. Zitler on behalf of Debtor, Tommy Ngo – jazitler@bellsouth.net

Baton Rouge, Louisiana, July 5, 2023.

                                                   **/s/ Chad E. Biggs**
                                                 **CHAD E. BIGGS**