# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:** | **CIVIL ACTION** |
| | **CASE #23-1853** |
| **TOMMY NGO** | |
|   DEBTOR | |
| | **SECTION: "J"** |
| **USBC CASE #22-11179** | |
| **DIVISION "A"** | **MAGISTRATE: 4** |

## ORDER

Considering the unopposed motion for voluntary dismissal (**Rec. Doc. 5**) filed by Appellant,

**IT IS ORDERED** that Appeal #: 2023-1853 "J" be and hereby is **DISMISSED.**

**IT IS FURTHER ORDERED** that Appellant Debtor be and hereby is assessed with all costs of court.

Signed, New Orleans, La. this 17th day of July, 2023

_____
U.S. District Court Judge Carl J. Barbier